**SEALED**

FILED
May 14, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES,**<br>　　　　　Plaintiff,<br>v.<br>**DAVID GARCIA,**<br>　　　　　Defendant. | CASE NO. 1:21-mj-00045-EPG<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

# **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: **May 14, 2021**

　　　　　　　　　　　　　　　　　　　　　　Hon. Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE