PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00185-JLT-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| DAVID GARCIA, | |
| Defendant. | |

**BACKGROUND**

This case is set for a sentencing on December 16, 2022.  By this stipulation, the parties move to continue the sentencing to January 26, 2023 at 8:30 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 16, 2022.

2. By this stipulation, the parties move to continue the sentencing to January 6, 2023 at 8:30 a.m..

3. The parties agree and stipulate, and request that the Court find the following: the parties and probation need additional time to prepare for sentencing, and conduct any further discussions and/or

investigation necessary.

    IT IS SO STIPULATED.

Dated:  November 6, 2022                        PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ KIMBERLY A. SANCHEZ
                                                   KIMBERLY A. SANCHEZ
                                                   Assistant United States Attorney

Dated:  November 6, 2022                        /s/ Robert C. Lamanuzzi
                                                   Robert C. Lamanuzzi
                                                   Counsel for Defendant
                                                   DAVID GARCIA

**[~~PROPOSED~~] FINDINGS AND ORDER**

    IT IS SO FOUND.

IT IS SO ORDERED.

    Dated:  **November 7, 2022**                                    [signature]
                                                             UNITED STATES DISTRICT JUDGE