PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00185-JLT-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| DAVID GARCIA, | |
| Defendant. | |

**BACKGROUND**

This case is set for a sentencing on January 6, 2023. By this stipulation, the parties move to continue the sentencing to February 3, 2023 at 8:30 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 6, 2023.

2. By this stipulation, the parties move to continue the sentencing to February 3, 2023 at 8:30 a.m..

3. The parties agree and stipulate, and request that the Court find the following: the parties and probation need additional time to prepare for sentencing, and conduct any further discussions and/or

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

investigation necessary. Discovery in this case is voluminous and additional time is needed to review and assess the evidence needed to be considered in sentencing guideline calculations and recommendations.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  November 6, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ KIMBERLY A. SANCHEZ<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| Dated:  November 6, 2022 | /s/ Robert C. Lamanuzzi<br>Robert C. Lamanuzzi<br>Counsel for Defendant<br>DAVID GARCIA |

## FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **November 22, 2022**

UNITED STATES DISTRICT JUDGE