ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street Suite D
Fresno, CA 93721
(559) 441-1979

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GARCIA,<br><br>Defendant. | Case No. 1:21-CR-000185 JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant DAVID GARCIA and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for February 27, 2023, at 10:00 a.m. shall be continued until MARCH 20, 2023, at 10:00 a.m.

1. Defendant's attorney requires additional time to research the gun issue in this case.
2. There is no objection to the continuance by the U.S. Attorney Kimberly Sanchez.
3. There is no objection to the continuance by Probation Officer Jesse Mora

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a

speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: February 21, 2023                    Respectfully submitted,

                                                    /s/ Robert Lamanuzzi
                                                   ROBERT LAMANUZZI
                                                   Attorney for Defendant,
                                                   DAVID GARCIA

Dated: February 21, 2023                    Respectfully submitted,

                                                   /s/ Kimberly Sanchez
                                                   KIMBERLY SANCHEZ
                                                   Assistant U.S. Attorney

Dated: February 21, 2023                    Respectfully submitted,

                                                   /s/ Jesse Mora
                                                   JESSE MORA
                                                   Probation Officer

## **ORDER**

The sentencing hearing as to the abovenamed defendant currently scheduled for February 27, 2023 at 10:00 a.m., is continued until MARCH 20, 2023, at 10:00 a.m. Time is excluded based upon the reasons set forth in their stipulation.

IT IS SO ORDERED.

Dated:   **February 21, 2023**                                    _Jennifer L. Thurston_
                                                                                      UNITED STATES DISTRICT JUDGE